IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WELSEY BANES,[1] | § | |
| | § | No. 261, 2018 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | in and for New Castle County |
| | § | |
| ANDREA COSTNER, | § | File No. CN16-01611 |
| | § | Petition Nos. 17-001661 & |
| Respondent Below, | § | 17-02255 |
| Appellee. | § | |

Submitted: June 26, 2018
Decided:    July 3, 2018

## **O R D E R**

This 3rd day of July 2018, it appears to the Court that the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to pay the filing fee or to file a motion to proceed *in forma pauperis* requesting a waiver of the fee. The appellant has not responded to the notice to show cause within the required ten-day period and has not paid the filing fee or filed a motion to proceed *in forma pauperis*. Dismissal of the appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the appellants under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ Gary F. Traynor
Justice